84 A.3d 261

IN THE MATTER OF MARTIN J. MILITA, JR., AN ATTORNEY
AT LAW (ATTORNEY NO. 006601980).

February 12, 2014.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 13–159, concluding that **MARTIN J. MILITA, JR.** of **ANNANDALE,** who was admitted to the bar of this State in 1981, should be censured for violating *RPC* 8.4(b) (commission of a criminal act that reflects adversely on his honesty, trustworthiness or fitness as a lawyer);

And the Disciplinary Review Board having further concluded that respondent should continue treatment with a mental health professional approved by the Office of Attorney Ethics;

And good cause appearing;

It is ORDERED that **MARTIN J. MILITA, JR.** is hereby censured; and it is further

ORDERED that **MARTIN J. MILITA, JR.,** shall continue treatment with a mental health professional approved by the Office of Attorney Ethics, for a period of two years and until further Order of the Court; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.